```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
STEVEN GADSDEN,   :   10 Civ. 4369 (WHP)
:
        Plaintiff,   :   SCHEDULING ORDER
:
   -against-
:
CITY OF NEW YORK, et al.,
:
        Defendants.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for an initial pre-trial conference on September 16, 2010, the following schedule is established on consent of the parties:

    (1) Plaintiff shall file and serve his amended complaint by October 7, 2010;

    (2) All discovery shall be completed by February 16, 2011;

    (3) The parties shall submit a joint pre-trial order in accordance with this Court's Individual Practices by March 18, 2011; and

    (4) This Court will hold a final pre-trial conference on April 1, 2011 at 10:15 a.m.

Dated: September 17, 2010
       New York, New York

                SO ORDERED:

                _____
                WILLIAM H. PAULEY III
                      U.S.D.J.

*Counsel of Record:*

Darius Wadia, Esq.
Darius Wadia, L.L.C
233 Broadway, Suite 2208
New York, NY 10279
*Counsel for Plaintiff*

Ryan G. Shaffer, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*